IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SEALED CASE \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Case Number 11-SW-05438-MJW

IN THE MATTER OF THE SEARCH OF:

2260 Palm Drive, Unit C
Colorado Springs CO 80918

ORDER
(DN 7)

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Letter captioned "Affidavit - Request for Information" (docket no. 7) filed by Requesters George Thomas Brokaw, John Joseph Pawelski and Mimi Michelle Vigil is STRICKEN for the following reasons. The Letter is an *ex parte* communication with the court which is prohibited under D.C.COLO.LCivR 77.2 and not authorized under D.C.COLO.LCrR 17.2. If Requesters George Thomas Brokaw, John Joseph Pawelski and Mimi Michelle Vigil seek relief from this court, then each Requester shall file, with the court, a written motion with legal authority cited therein and shall serve of copy of such motion upon the United States Attorney for the District of Colorado. Lastly, there is no Federal Rule of Criminal Procedure, no Local Rule of Practice, no Constitutional authority and no case law that allows a Requester to seek answers to interrogatories [written questions] from a judicial officer. A judicial officer is defined under D.C.COLO.LCrR 1.1 F. Judicial Officer. A judicial officer refers to a district judge or to a magistrate judge.

SIGNED AND DATED THIS 29TH DAY OF SEPTEMBER, 2011

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
US Magistrate Judge